1  Brandy T. Cody (SBN 196923)
   bcody@fisherphillips.com
2  FISHER & PHILLIPS LLP
   4747 Executive Drive, Suite 1000
3  San Diego, California 92121
   Telephone: (858) 597-9600
4  Facsimile: (858) 597-9601

5  Selwyn Chu (SBN 285568)
   schu@fisherphillips.com
6  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
7  Irvine, California 92614
   Telephone: (949) 851-2424
8  Facsimile: (949) 851-0152

9  Attorneys for Defendant
   FEDEX GROUND PACKAGE SYSTEM, INC.

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  RENA OLEGARIO, an individual, | Case No. 5:22-cv-02157 AB(KKx) |
| 14             Plaintiff, | *[Removed from San Bernardino County Superior Court, Case No.* |
| 15        v. | *CIVSB2210876]* |
| 16  FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware | **STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P.** |
| 17  Corporation; MIGUEL HERRERA, an individual; JUAN RAMIREZ, an | **41(a)(1)(A)(ii)]** |
| 18  individual; THENETTA DORROUGH, an individual; and | Complaint Filed:   June 7, 2022 |
| 19  DOES 1 through 100, inclusive, | Trial Date:          March 26, 2024 |
| 20             Defendants. | |

21

22       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure

23  Plaintiff RENA OLEGARIO and Defendant FEDEX GROUND PACKAGE

24  SYSTEM, INC. here stipulate that this action be dismissed in its entirety with

25  / / /

26  / / /

27  / / /

28  / / /

                                1

1  prejudice and with each party to bear its own costs and attorneys' fees.

2

3  Dated: July 7, 2023                          STARPOINT, LC

4

5                                               By: /s/ Aidin Ghavimi

6                                                   Aidin D. Ghavimi
                                                    Ilana N. Fine
7                                                   Attorneys for Plaintiff
                                                    RENA OLEGARIO
8

9

10 Dated: July 7, 2023                          FISHER & PHILLIPS LLP

11

12                                              By: /s/ Selwyn Chu

13                                                  Brandy T. Cody
                                                    Selwyn Chu
14                                                  Attorneys for Defendant
                                                    FEDEX GROUND PACKAGE
15                                                  SYSTEM, INC.

16

17                            **SIGNATURE ATTESTATION**

18         Pursuant to Local Rule 5-4.3.4(a)(2)(i) the undersigned attests that all other

19 signatories listed, and on whose behalf the filing is submitted, concur in the filing's

20 content and have authorized the filing.

21

22 Dated: July 7, 2023                          FISHER & PHILLIPS LLP

23

24                                              By: /s/ Selwyn Chu

25                                                  Brandy T. Cody
                                                    Selwyn Chu
26                                                  Attorneys for Defendant
                                                    FEDEX GROUND PACKAGE
27                                                  SYSTEM, INC.

28

                                            2
                              STIPULATION FOR DISMISSAL
FP 47621447.3

1

**CERTIFICATE OF SERVICE**

2
3
4

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

5
6

On July 7, 2023 I served the foregoing document entitled **STIPULATION FOR DIMISSAL** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

7
8
9
10
11
12

Aidin D. Ghavimi                    Attorneys for Plaintiff
Ilana N. Fine                       RENA OLEGARIO
STARPOINT, LC
15233 Ventura Blvd., Suite PH16     T: (310) 424-9971
Sherman Oaks, CA 91403              F: (424) 255-4035
                                    E: aidin@starpointlaw.com
                                    E: ilana@starpointlaw.com
                                    E: mckenzie@starpointlaw.com
                                    E: marisol@starpointlaw.com
                                    E: service@starpointlaw.com

13
14
15
16
17
18

☒    **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

19
20

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed July 7, 2023 at Irvine, California.

21

DOROTHY MJ. WANG                By: _____/s/ DOROTHY MJ. WANG_____

22
            Print Name                              Signature

23

24

25

26

27

28

FP 47621447.3